The People of the State of New York, Respondent, v. Edward Engel and Harry Ross, Appellants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of 1320-28 Grant Avenue Corporation, Appellant, for a Certiorari Order against Harris H. Murdock and Others, Respondents, and Carolernesto Realty, Inc., Frank Mazzetti and Irving Newman, Intervenors, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements to the appellant against the intervenors-respondents, the order of certiorari sustained, and the determination of the board of standards and appeals annulled. (See Matter of Levy v. Board of Standards & Appeals, 267 N. Y. 347; Young Women's Hebrew Association v. Board of Standards & Appeals, 266 id. 270.) Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

M. Lowenstein & Sons, Inc., Respondent, v. Adley Express Company, Inc., Appellant.— Judgment unanimously modified by reducing the judgment as entered to the sum of $1,547 without interest, as consented to by the attorney for the appellant upon the argument, and without costs of the trial, and as so modified affirmed, without costs of this appeal. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Gertrude E. Liggett, as Administratrix, etc., of Gertrude Evelyn Brotheridge, Deceased, Respondent, v. The City of New York, Appellant, Impleaded with Another. Gertrude E. Liggett, as Administratrix, etc., of Herbert Joseph Brotheridge, Deceased, Respondent, v. The City of New York, Appellant, Impleaded with Another.— Judgments unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Central Hanover Bank and Trust Company, as Corporate Trustee, and as Successor Depositary, and M. Ernest Greenebaum, Jr., as Individual Trustee under a Mortgage or Deed of Trust Made by Hotel Properties, Inc., Dated January 1, 1926, Respondents, v. Hotel Properties, Inc., and Others, Defendants, Impleaded with Samuel Levy and D. A. Schulte, Inc., Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within twenty days after service of order upon payment of said costs and ten dollars costs of each of the two motions at Special Term. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.